Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
Salil Bali, State Bar No. 263001
sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Tel: 949-725-4000
Fax: 949-725-4100

Attorneys for Plaintiff and Counterclaim-Defendants
Kimi Verma and Kimi K. Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMI K., INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SCALA EVENINGWEAR, INC., a California Corporation<br><br>Defendant.<br>_____<br>SCALA EVENINGWEAR, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>KIMI VERMA, an Individual, and KIMI K, INC., a California corporation<br><br>Counterclaim-Defendants.<br>_____<br>KIMI VERMA, an individual,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>SCALA EVENINGWEAR, a California | CASE NO.: CV12-05639 RSWL (AJWx)<br><br>ORDER APPROVING ENTRY OF STIPULATED PROTECTIVE ORDER<br><br>JURY TRIAL DEMANDED |

-1-

[PROPOSED] ORDER APPROVING ENTRY OF STIPULATED PROTECTIVE ORDER

LITIOC/2061680v1/102422-0002

| | |
|---|---|
| 1 | Corporation, BEETA GROVER, an Individual, and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | Counterclaim-Defendants |

PURSUANT TO STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, the revised Stipulated Protective Order attached to Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order as Exhibit 1 is hereby endorsed and entered.

Dated: 1/14/2013   _____

*[signature]*

Hon. Andrew J. Wistrich
United States Magistrate Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

[PROPOSED] ORDER APPROVING ENTRY OF STIPULATED PROTECTIVE ORDER

LITIOC/2061680v1/102422-0002