| | |
|---|---|
| Douglas Q. Hahn, State Bar No. 257559<br>dhahn@sycr.com<br>Salil Bali, State Bar No. 263001<br>sbali@sycr.com<br>STRADLING YOCCA CARLSON & RAUTH<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Tel: 949-725-4000<br>Fax: 949-725-4100<br><br>Attorneys for Plaintiff and Counterclaim-Defendants<br>Kimi Verma and Kimi K. Inc. | JS-6 |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMI K., INC., a California Corporation<br><br>           Plaintiff,<br><br>    vs.<br><br>SCALA EVENINGWEAR, INC., a California Corporation<br><br>           Defendant.<br>_____<br><br>SCALA EVENINGWEAR, INC.,<br><br>           Counterclaimant,<br><br>    vs.<br><br>KIMI VERMA, an Individual, and KIMI K, INC., a California corporation<br><br>           Counterclaim-Defendants.<br>_____<br><br>KIMI VERMA, an individual,<br><br>           Counterclaim-Plaintiff,<br><br>    vs.<br><br>SCALA EVENINGWEAR, a California Corporation, BEETA GROVER, an Individual, and DOES 1 through 10, inclusive, | CASE NO.: CV12-05639 RSWL (AJWx)<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

1  Counterclaim-Defendants

**WHEREAS,** on May 30, 2013, Plaintiff/Counterclaim-Defendant Kimi K., Inc., Counterclaim-Defendant/Counterclaim-Plaintiff Kimi Verma, Defendant/Counterclaimant/Counterclaim-Defendant Scala Eveningwear, Inc. and Counterclaim-Defendant Beeta Grover (collectively the "Parties") announced to the Court that they have settled their claims and counterclaims against each other. All Parties therefore request that the Court dismiss, pursuant to Fed. R. Civ. P. §§ 41(a)(1), 41(a)(2) and 41(c), **all claims and counterclaims** for relief against each and every Party, with prejudice, and with each Party bearing their own attorneys' fees, costs and expenses. The Parties have further requested that this Court retain jurisdiction to enforce the settlement agreement reached between the parties.

The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that Kimi K's. and Kimi Verma's claims/counterclaims for relief against Scala and Beeta Grover and Scala's and Beeta Grover's claims/counterclaims for relief against Kimi K. and Kimi Verma are dismissed with prejudice;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to enforce the settlement agreement reached between the parties; and

**IT IS FURTHER ORDERED** that each party shall bear their own attorneys' fees, costs and expenses.

Dated: June 11, 2013

RONALD S.W. LEW
_____
Honorable Ronald S. W. Lew
Senior, U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28